■ THEODORE M. PITERA, Appellant, v CITICORP et al., Respondents.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on January 22, 1990, unanimously affirmed, for the reasons stated by Shirley Fingerhood, J.,

without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Rosenberger, Kassal and Smith, JJ.